ESTHER G. BOYNTON (SBN 124072)
9100 Wilshire Blvd., Suite 615 East
Beverly Hills, California 90212
Phone: (310) 248-4833   Fax: (310) 271-2212
Email: egboynton@earthlink.net

ELLEN L. BATZEL (SBN 102607)
27 Outrigger St., #2
Marina del Rey, California 90292
Phone: (310) 659-4218   Fax: (310) 301-9129
Email: batzelpalmleis@aol.com

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

JUL - 5 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

✓ Priority
___ Send
___ Clsd
___ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN L. BATZEL,<br><br>                    Plaintiff,<br><br>vs.<br><br>ROBERT SMITH, et al.,<br><br>                    Defendants. | Case No. CV 00-9590-SVW (AJWx)<br><br>[Proposed] **ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PRO., RULE 41(a)(2)**<br><br>Date: July 25, 2005<br>Time: 1:30 p.m.<br>Courtroom: 6<br>Judge:  Honorable Stephen V. Wilson |

Upon plaintiff Ellen L. Batzel's motion, the Court hereby dismisses this action without prejudice.

IT IS SO ORDERED.

DOCKETED ON CM

JUL - 5 2005

003

Dated: ___7/5/05___

_____
Honorable Stephen V. Wilson
United States District Court Judge

1

ORDER DISMISSING ACTION

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 9100 Wilshire Blvd., Suite 615 East, Beverly Hills, CA 90212.

On July 1, 2005, I served the foregoing document described as **[Proposed] ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PRO., RULE 41(a)(2)** on the interested parties in this matter by placing true copies thereof enclosed in sealed envelopes addressed to the following:

Robert Joseph Smith
984 Nighthawk Drive
Christiansburg, VA 24073

Robert Joseph Smith
1117 Brandon Avenue SW
Roanoke, VA 24015-3005

I deposited such envelopes in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

I declare that I am a member of the bar of this Court and that the foregoing is true and correct.

Executed on July 1, 2005

_____
Esther G. Boynton

2

ORDER DISMISSING ACTION